IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| HAROLD THOMPSON,<br><br>      Plaintiff,<br><br>v.<br><br>TEC DISTRIBUTING OF IDAHO, LLC,<br>dba GOLDEN EAGLE SALES,<br><br>      Defendants. | Case No. CV-08-192-E-EJL<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

PURSUANT TO THE STIPULATION TO DISMISS WITH PREJUDICE executed by the parties to this litigation and filed with this Court, stipulating that the above-entitled matter has been fully settled and compromised; NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: **December 23, 2008**

_____
~~Honora~~ble Edward J. Lodge
U. S. District Judge